# ATTACHMENT F

Wednesday March 12th, 2014

Office of the Court Clerk
50 Walnut Street
Room # 4015
Newark, New Jersey 07102

      Re: United States v. Daniel Jenkins
      Criminal No. 13-715 (WHW)
      Mag. No: 12-3180

Dear Sir or Madam,

    I am writing this letter in order to place all relevant parties on notice of my intent to file a Direct Appeal. On March 11th, 2014 I was sentenced to a term of 188 months imprisonment. At this moment I have not secured appellate counsel, but I am aware of the fact that I have ten business days from the date of my sentencing to place the Court and all relevant parties of my intent to file a Direct Appeal. So please consider this letter as my notice of Appeal. I also respectfully request that this letter be filed not only with your office in Newark but also with the Court Clerk for the Third Circuit Court of Appeals in Pennsylvania.

                        Sincerely,
                        Daniel Jenkins
                        3-12-2014

C.C. to file

Wednesday March 12th 2014

The Honorable William H. Walls U.S.D.J.
District of New Jersey
Martin Luther King Bldg. And United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re: United States v. Daniel Jenkins
    Crim. No. 13-715 (WHW)
    Mag. No: 12-3120

Dear Judge Walls,

 I am writing this letter in order to place all relevant parties on notice of my intent of my March 11th, 2014 sentence. I am no longer being represented by Mr. Michael V. Gilberti as my counsel at the present moment. So please consider this letter as me placing Counsel and all other relevant parties on notice of my intent to file a Direct Appeal before the ten day period has expired. Thank You

        Sincerely,
        Daniel Jenkins
        3/12/2014

C.C. to file

