# ATTACHMENT M

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>14-1825</u>

United v. Jenkins

To:   Clerk

1)   Response by Michael V. Gilberti, Esq. to Clerk's Order Entered September 4, 2014

---

    The foregoing response is considered.  Michael V. Gilberti, Esq. has failed to timely prosecute this appeal in that he failed to order the transcript, and did not appear before the Attorney Hearing Officer as directed.  The matter was therefore referred to the next available Judge of this Court.  On September 5, 2014, before Mr. Gilberti could be brought before the Court, he filed a Transcript Purchase Order and a letter explaining his conduct.  Accordingly, the Order to Show Cause for failure to timely prosecute is hereby discharged.  Michael V. Gilberti, Esq. will not be called before the Court as this time.  The Clerk's action in discharging the Order to Show Cause should in no way be construed as condoning Mr. Gilberti's actions in failing to abide by the rules of this Court.  He is admonished to comply with all directives received by this Court.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: October 2, 2014
CJG/cc:   Mark E. Coyne, Esq.
          Glenn J. Moramarco, Esq.
          Michael V. Gilberti, Esq.