# ATTACHMENT T

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 20, 2014
ACO-006

No. 14-1825

UNITED STATES OF AMERICA

v.

DANIEL JENKINS, a/k/a OD,
Appellant

(D.N.J. No. 2-13-cr-00646-001)

Present: RENDELL, CHAGARES and SCIRICA, Circuit Judges

1. Motion by Appellee to Enforce Appellate Waiver, for Summary Affirmance;

2. Pro Se Motion by Appellant to Dismiss and Appoint New Counsel;

3. Motion by Michael V. Gilberti to Withdraw as Counsel for Appellant; and

4. Appellant's Pro Se Response in Opposition to the Motion to Enforce Appellate Waiver.

Respectfully,
Clerk/cjg

_____ORDER_____

The foregoing Motion by Appellee to Enforce Appellate Waiver, for Summary Affirmance is granted; Pro Se Motion by Appellant to Dismiss and Appoint New Counsel is denied; and, Motion by Michael V. Gilberti to Withdraw as Counsel for Appellant is granted.

By the Court,

s/ Marjorie O. Rendell
Circuit Judge

Dated: December 9, 2014
CJG/cc:    Mark E. Coyne, Esq.
           Glenn J. Moramarco, Esq.

Michael V. Gilberti, Esq.
Daniel Jenkins