Daniel Jenkins # 64784-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887



2017 NOV 20 P 2:49

Nov. 14, 2017

Honorable Judge William H. Walls
U.S. Dist. Court Judge
U.S. Dist. Court
Newark, N.J. 07101-0999

RE: 2:15-CV-02091-WHW

Dear Judge Walls,

I am writing to request permission to amend my 2255 Motion. Particularly, I seek to amend my motion by simply extending an argument already preserved in said motion. That is, that my prior conviction(s) for New Jersey statute, 2C:35-7, do not qualify as a controlled substance offense for sentencing and enhancement purposes.

To be clear, the argument I wish to extend is whether "school property" and "school bus" in § 2C:35-7 are alternative locational elements or means and whether "school property ... used for school purposes" in § 2C:35-7 is broader than "real property comprising a ... school" in § 860. The short answer is that "school property" and "school bus" are alternative locational <u>means</u> and that § 2C:35-7 is broader than § 860 where "school property ... used for school purposes" is broader than "real property comprising a ... school."

Daniel Jenkins #64784-050

Letter requesting to amend
---

   Please see: New Jersey Stat. Ann. § 2C:35-7(a), which prohibits any "violat[ion] of [N.J. Stat. Ann. § 2C:35-5] by distributing, dispensing or possessing with intent to distribute a controlled dangerous substance" on or within 1000 feet of "school property used for school purposes... or a school bus." And: 21 U.S.C. § 860 which prohibits, among other things, "distributing, possessing with intent to distribute, or manufacturing a controlled substance in or on, or within one thousand feet of, the real property comprising a public or private elementary, vocational, or secondary school."

   In conclusion, your honor, I humbly request an amendment to simply extend the argument that my prior convictions for § 2C:35-7 is broader that its analogue, 21 U.S.C. § 860, as to its alternative locational means. As such, said prior convictions does not categorically qualify as a predicate for purposes of sentencing enhancements and career offender.

Respectfully submitted,

Daniel Jenkins
Daniel Jenkins

Please note that I humbly request this court to appointment me counsel to help me with this motion and arguments. Thank you.

INMATE NAME/NUMBER: Daniel Jenkins #64784-050
FEDERAL CORRECTION COMPLEX-ALLENWOOD med iuw
P.O. BOX 2000
WHITE DEER, PA 17887

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 NOV 20  P 2: 49

◇ 64784-050 ◇
Us Dist Court
Att: Clerk of Court
50 Walnut ST
Newark, NJ 07101
United States

07102-355599

HARRISBURG PA 171
16 NOV 2017 PM 4 L